IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
|---|---|
| v. | Case No. _____ |
| MING SUN CHEUNG | Violation:  8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) |

**Harboring Illegal Aliens**

The United States Attorney Charges:

On or before April 23, 2025, in the District of North Dakota,

MING SUN CHEUNG,

knowing and in reckless disregard of the fact that certain aliens—whose initials are J.L.-S., M.L.-P., J.P.-T., S.L.-F., and E.P.-L.—had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such aliens for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

_____
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

AJS/alk

## Criminal Case Cover Sheet — U.S. District Court

**Place/County of Offense:** Cass

**Related Case Information:**

☒ Information  ☐ Indictment  ☐ Superseding Information  ☐ Superseding Indictment

Case Number:

☐ Same Defendant   ☒ New Defendant

Complaint Number:

**Defendant Information:**
Defendant Name: Ming Sun Cheung
Alias Name:
☐ Juvenile - Matter to be sealed
☐ Interpreter requested. Language and/or

**U. S. Attorney Information:**
USA/AUSA: Alex Stock

**Location Status:**
☒ Not Arrested.        Requesting:  ☒ Summons   ☐ Warrant
☐ Arrested on _____
☐ Pretrial Release as _____ by order _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody in _____
☐ Detainer Filed on _____
☐ Fugitive

**U.S.C. Citations**

| U.S. Code | Description of Offense Charged Statutory Maximum Penalties | Counts | Offense Level |
|---|---|---|---|
| 8 USC §§ 1324(a)(1)(A)(iii) & 1324(a)(1)(B)(i) | Harboring Illegal Aliens (10 years/$250,000) | 1 | Felony |